DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ELIJAH FORD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2581

_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   Affirmed.

LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.